**Abatement Order filed July 9, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00280-CR
_____

## ORLANDO MARTINEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-2251**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Kenneth Florence. On June 24, 2019, counsel filed a motion to withdraw as appellate counsel because counsel has recently accepted employment with the Jefferson County District Attorney's Office. Accordingly, we enter the following order.

We ORDER the judge of the 212th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall

appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court **on or before August 1, 2019.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM